# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130257

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                                SC: 130257
                                                                 COA: 266622
                                                                 Oakland CC: 2005-201254-FH

JAMES ARNOLD PITTMAN,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.

KELLY, J., would grant leave to appeal for the reasons stated in her dissenting statement in *People v Conway* (Docket No. 129431), ___ Mich ___ (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2006                                         _____
                                                                        Clerk

d0424